UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x  05 CV 0192 (NG) (MDG)

THEODORE KING and GARY LA BARBERA,
as Trustees of Local 282 International
Brotherhood of Teamsters Welfare, Pension,
Annuity, Job Training and Vacation Sick Leave
Trust Funds,

            **Plaintiffs,**

  - against -                                      **ORDER**

DURSO TRANSPORTATION CORP.,

            **Defendant.**
------------------------------------------------------------------x

**GERSHON, United States District Judge:**

      In this action to recover money owed pursuant to certain collective bargaining agreements, plaintiffs, on February 18, 2005, filed a motion for the entry of default judgment. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court entered a notation of defendant's default on May 12, 2005. **The Court hereby grants judgment by default to plaintiff pursuant to Rule 55(b)(2).** The matter is referred to the Honorable Marilyn D. Go, United States Magistrate Judge, for a report and recommendation concerning plaintiff's request for monetary damages and injunctive relief.

                                      **SO ORDERED.**

                                        /S/
                                  **NINA GERSHON**
                                  **United States District Judge**

Dated:     Brooklyn, New York
             May 18, 2005